No. 05–273. FEDERAL TRADE COMMISSION *v.* SCHERING-PLOUGH CORP. ET AL. C. A. 11th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the

United States. JUSTICE BREYER took no part in the consideration or decision of this petition.